■ In the Matter of LAURENCE Y. SOLARSH (Admitted as LAURENCE YAEL SOLARSH), a Suspended Attorney. [631 NYS2d 245] —The application is unanimously granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective the date hereof. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Kupferman and Ross, JJ.

(August 31, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PATTERSON, Appellant. [631 NYS2d 245] —Judgment, Supreme Court, New York County (Allen Alpert, J., at suppression hearing; Rose Rubin, J., at trial and sentence), rendered January 26, 1993, convicting defendant, after jury trial, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to an indeterminate term of imprisonment of from $2^1/2$ to 5 years, unanimously affirmed.

Defendant challenges the sufficiency of proof regarding his knowing possession of 500 milligrams or more of cocaine (*People v Ryan,* 82 NY2d 497) so as to sustain his conviction for criminal possession of a controlled substance in the fifth degree. This question is unpreserved for appellate review. Defendant failed to make a timely objection that would have alerted the court to the error and provided the opportunity to correct its charge to the jury (*People v Gray,* 86 NY2d 10, *affg People v Ivey,* 204 AD2d 16), and we decline to reach the issue in the interest of justice (CPL 470.15 [3]). Concur—Murphy, P. J., Rubin, Kupferman, Asch and Nardelli, JJ.